IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 24-32-GF-BMM-JTJ |
|---|---|
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| KENNETH SKUNKCAP, | |
| Defendant. | |

## I. Synopsis

Defendant KENNETH SKUNKCAP (Skunkcap) has been accused of violating the conditions of his supervised release. (Doc. 40). Skunkcap admitted the alleged violations. Skunkcap's supervised release should be revoked. Skunkcap should be sentenced to custody for 2 months, with no term supervised release to follow.

## II. Status

Skunkcap was found guilty following a bench trial held on July 9, 2024 of two counts of the offense of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3), 1153(a) as charged in Counts 1 and 2 of the Indictment. (Doc. 26). Skunkcap was sentenced to custody for 9 months, with 3 years of supervised release

to follow on Count 1 and to custody for 9 months, with 3 years of supervised release to follow on Count 2, with both the custodial terms and the supervised release terms to run concurrently. (Doc. 38). Skunkcap's current term of supervised release began on December 31, 2024.

### Petition

On June 11, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Skunkcap's supervised release. (Doc. 40). The Petition alleged Skunkcap violated the conditions of his supervised release by: (1) failing to advise his probation officer of a change of his residence within 72 hours after being kicked out of the motel where he was living on or about May 26, 2025; and (2) failing to advise his probation officer of a change of his residence within 72 hours from approximately June 3, 2025, with his whereabouts unknown as of June 10, 2025.

### Initial Appearance

Skunkcap appeared before the Court on July 8, 2025. Skunkcap was represented by counsel. Skunkcap stated that he had read the Petition and that he understood the allegations against him. Skunkcap waived his right to a preliminary hearing.

**Revocation hearing**

Skunkcap appeared before the Court on July 8, 2025. The parties consented to proceed with the revocation hearing before the undersigned. Skunkcap admitted that he had violated the conditions of supervised release as set forth in the Petition. Skunkcap's admitted violations, 1-2, are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Skunkcap appeared before the Court on July 8, 2025. Skunkcap's violations are a Grade C. His criminal history category is VI. Skunkcap's underlying offense is a Class C felony. Skunkcap could be incarcerated for up to 24 months. Skunkcap could be ordered to remain on supervised release for 36 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 8 to 14 months.

## III.   Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Skunkcap's supervised release should be revoked. Skunkcap should be sentenced to custody for 2 months, with no term of supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Skunkcap that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Skunkcap of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Skunkcap that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That KENNETH SKUNKCAP has violated the conditions of his supervised release by: (1) failing to advise his probation officer of a change of his residence within 72 hours after being kicked out of the motel where he was living on or about May 26, 2025; and (2) failing to advise his probation officer of a change of his residence within 72 hours from approximately June 3, 2025, with his whereabouts unknown as of June 10, 2025.

The Court **RECOMMENDS:**

> That the District Court revoke Skunkcap's supervised release and sentence Skunkcap to custody for 2 months, with no term of supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 9th day of July 2025.

John Johnston
United States Magistrate Judge