# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-32-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| KENNETH SKUNKCAP , | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 9, 2025. (Doc. 48.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 8, 2025 (Doc. 43.) The United States accused Kenneth Skunkcap (Skunkcap) of violating the conditions of his supervised release by: (1) failing to advise his probation officer of a change of his residence within 72 hours after being kicked out of the motel where he was living on or about May 26, 2025; and (2) failing to advise his probation officer of a change of his residence within 72 hours from approximately June 3, 2025, with his whereabouts unknown as of June 10, 2025.  (Doc. 40.)

At the revocation hearings, Skunkcap admitted that he had violated the conditions of supervised release as set forth in allegations 1 and 2 of the petition. Skunkcap was advised of his right to appeal and allocute before the undersigned. (Doc. 43.)

Judge Johnston found that violations Skunkcap admitted prove serious and warrants revocation of his supervised release and recommends a term of custody 2 months, with no supervised release to follow. (Doc. 48.)

The violations prove serious and warrant revocation of Skunkcap's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 48) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Kenneth Skunkcap be sentenced to 2 months, with no supervised release to follow.

DATED this 28th day of July 2025.


Brian Morris, Chief District Judge
United States District Courts